[Nos. 15376-9-II; 16058-7-II.   Division Two.   May 20, 1994.]

BANK OF CALIFORNIA, N.A., *as Executor, Respondent*, v. WHITACRE ENGINEERS, INC., ET AL, *Appellants.*

WHITACRE ENGINEERS, INC., ET AL, *Appellants*, v. MCGAVICK, GRAVES, BEALE & MCNERTHNEY, *Respondent.*

Appeals from judgments of the Superior Court for Pierce County, No. 89-2-10883-1, Paula Casey, J., entered September 18, 1991, and April 27, 1992. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 14567-7-II.   Division Two.   May 20, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. JUDY SORTLAND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-03031-6, E. Albert Morrison, J., entered December 18, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Seinfeld, JJ.

[No. 16049-8-II.   Division Two.   May 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINA MARIE HARBACHECK, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-01301-2, Barbara D. Johnson, J., entered May 12, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.